# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160778(24)

JOHN DOES 11–18, AND JANE DOE 1,
        Plaintiffs-Appellees,

v

DEPARTMENT OF CORRECTIONS, GOVERNOR, FORMER DIRECTOR DEPARTMENT OF CORRECTIONS, FORMER DEPUTY DIRECTOR DEPARTMENT OF CORRECTIONS FACILITIES ADMINISTRATION, FORMER CHIEF DEPUTY DIRECTOR DEPARTMENT OF CORRECTIONS FACILITIES ADMINISTRATION, FORMER WARDEN OF CHARLES EGELER RECEPTION AND GUIDANCE CENTER, FORMER WARDEN OF EARNEST C. BROOKS CORRECTIONAL FACILITY, FORMER WARDEN OF RICHARD A. HANDLON CORRECTIONAL FACILITY, FORMER WARDEN OF RICHARD A. HANDLON CORRECTIONAL FACILITY, FORMER WARDEN OF OAKS CORRECTIONAL FACILITY, FORMER WARDEN OF THUMB CORRECTIONAL FACILITY, FORMER WARDEN OF CHIPPEWA CORRECTIONAL FACILITY, WARDEN OF KINROSS CORRECTIONAL FACILITY, FORMER WARDEN OF NEWBERRY CORRECTIONAL FACILITY, and FORMER WARDEN OF MICHIGAN REFORMATORY CORRECTIONAL FACILITY,
        Defendants-Appellants.
_____/

SC: 160778
COA: 350679
Washtenaw CC: 13-001196-CZ

On order of the Chief Justice, the motion of plaintiffs-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before March 4, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2020



Clerk